UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN MARCUS COBB | CIVIL ACTION |
| VERSUS | NO. 10-4556 |
| RICHARD STALDER, ET AL | SECTION "N" (6) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on August 16, 2011 (Rec. Doc. No. 33), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Sean Marcus Cobb for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 18th day of August, 2011.

UNITED STATES DISTRICT JUDGE