UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN COBB | CIVIL ACTION |
| VERSUS | NO. 10-4556 |
| KEITH DEVILLE, WARDEN | SECTION "N" |

### ORDER AND REASONS

Having carefully considered Plaintiff's "Motion to Alter and Amend the District Court's Judgment Denying Petition for Federal Habeas Relief" (Rec. Doc. 44), the Court finds no basis for altering or amending the August 18, 2011 Judgment (Rec. Doc. 35). Accordingly, **IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, this 26th day of October 2011.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**